# IN THE SUPREME COURT OF THE STATE OF NEVADA

LENNOX INDUSTRIES INC., A DELAWARE CORPORATION, PRINCIPAL PLACE OF BUSINESS IN TEXAS, REGISTERED IN NEVADA,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE JOANNA KISHNER, DISTRICT JUDGE,
Respondents,
and
ASPEN MANUFACTURING, INC.; AND RICHMOND AMERICAN HOMES OF NEVADA, INC.,
Real Parties in Interest.

No. 70651



FILED

JUL 1 3 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This original petition for a writ of mandamus challenges a district court order granting a motion for summary judgment on a cross-claim seeking indemnity.

Having considered the petition and supporting documents, we are not persuaded that our extraordinary and discretionary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). As this court indicated when it denied

16-21812

petitioner's writ petition in Docket No. 69659, petitioner has an adequate legal remedy in the form of an appeal. *Pan*, 120 Nev. at 224, 88 P.3d at 841. Accordingly, we

ORDER the petition DENIED.

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

cc: Hon. Joanna Kishner, District Judge
Selman Breitman, LLP
Wood, Smith, Henning & Berman, LLP/Las Vegas
Hansen Rasmussen, LLC
Eighth District Court Clerk